No. 77–6350. HINES *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 77–6351. ROYSE *v.* WASHINGTON ET AL. Sup. Ct. Wash. Certiorari denied.

No. 77–6360. HOLSEY *v.* WARDEN, MARYLAND PENITENTIARY. Ct. Sp. App. Md. Certiorari denied.

No. 77–6364. MARTIN *v.* NEW ENGLAND TELEPHONE & TELEGRAPH Co. C. A. 1st Cir. Certiorari denied. ▮

No. 77–6369. RAY *v.* COWAN, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 77–6370. ELLIS *v.* OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 77–6401. REEB *v.* ECONOMIC OPPORTUNITY ATLANTA, INC. C. A. 5th Cir. Certiorari denied. ▮

No. 77–6430. FERMIN *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied. ▮

No. 77–6456. MONTOYA-GUERRERO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 77–6464. PUGH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 77–6469. BURNETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 77–6490. OLIVERA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.